|   |   |
|---|---|
| United States District Court<br>Northern District of California | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD KHOSHDELAZAD,

    Plaintiff,

  v.

SUN LIFE ASSURANCE COMPANY OF CANADA, et al.,

    Defendants.

Case No. 15-cv-04123-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 31

    Plaintiff has filed a stipulation of dismissal dated December 21, 2015, stating that he has agreed to dismiss Defendant Avid Technology Inc. Long Term Disability Plan. ECF No. 31. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    All claims between Plaintiff and Avid Technology Inc. Long Term Disability Plan have been dismissed without prejudice. The Clerk is directed to terminate Avid Technology Inc. Long Term Disability Plan as a party in this case.

    IT IS SO ORDERED.

Dated: December 22, 2015

                                                  JON S. TIGAR
                                                United States District Judge