Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Beth D. Perez – SBN 277560
 E-mail: bperez@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
MAHMOUD KHOSHDELAZAD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KHOSHDELAZAD,<br><br>            Plaintiff,<br><br>    vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; AVID TECHNOLOGY INC. LONG TERM DISABILITY PLAN,<br><br>            Defendants. | CASE NO:  3:15-cv-04123-JST<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents, and filing a dismissal with the Court, within the next forty-five (45) days. The parties request that the Court retain jurisdiction of this case during said forty-five day period.

DATED: November 9, 2016                          KANTOR & KANTOR, LLP

                                                 By:      /s/ Glenn R. Kantor
                                                     Glenn Kantor
                                                     Attorneys for Plaintiff,
                                                     MAHMOUD KHOSHDELAZAD

1
**NOTICE OF SETTLEMENT**