UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KHOSHDELAZAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　Defendant. | Case No. 15-cv-04123-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 38 |

The parties have filed a Notice of Settlement.  See ECF No. 38.  By January 3, 2017, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on January 18, 2017.  That conference will be vacated automatically if the parties file a timely stipulation of dismissal.

Any continuance of the deadlines set in this order requires a showing of good cause. Failure to comply with those deadlines may result in the imposition of sanctions.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: November 14, 2016

_____
JON S. TIGAR
United States District Judge