Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
Beth A. Davis – SBN 277560
  E-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
MAHMOUD KHOSHDELAZAD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KHOSHDELAZAD,<br><br>  Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; AVID TECHNOLOGY INC. LONG TERM DISABILITY PLAN,<br><br>  Defendants. | CASE NO:  3:15-cv-04123-JST<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**TO THE HONORABLE JON S. TIGAR AND HIS COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff MAHMOUD KHOSHDELAZAD and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

///
///
///
///

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

**IT IS SO STIPULATED**.

Dated: December 30, 2016                KANTOR & KANTOR, LLP

                                        By:    */s/ Glenn R. Kantor*
                                               GLENN R. KANTOR
                                               BETH A. DAVIS
                                               Attorneys for Plaintiff,
                                               MAHMOUD KHOSHDELAZAD

Dated:  December 30, 2016               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                        By:    */s/ Sean P. Nalty*
                                               SEAN P. NALTY
                                               CARA F. BARRICK
                                               Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA AND AVID TECHNOLOGY INC. LONG TERM DISABILITY PLAN

*Filer's Attestation:  Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Glenn R. Kantor hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

### [PROPOSED] ORDER FOR DISMISSAL
### OF ENTIRE ACTION WITH PREJUDICE

   Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

DATED: _____              _____
                                 JON S. TIGAR
                                 United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525