Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
Beth A. Davis – SBN 277560
  E-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
MAHMOUD KHOSHDELAZAD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KHOSHDELAZAD, | CASE NO:  3:15-cv-04123-JST |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA; AVID TECHNOLOGY INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

**TO THE HONORABLE JON S. TIGAR AND HIS COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff MAHMOUD KHOSHDELAZAD and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

///
///
///
///

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

**IT IS SO STIPULATED**.

Dated: December 30, 2016         KANTOR & KANTOR, LLP

                        By:   /s/ *Glenn R. Kantor*
                              GLENN R. KANTOR
                              BETH A. DAVIS
                              Attorneys for Plaintiff,
                              MAHMOUD KHOSHDELAZAD

Dated:  December 30, 2016        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                        By:   /s/ *Sean P. Nalty*
                              SEAN P. NALTY
                              CARA F. BARRICK
                              Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA AND AVID TECHNOLOGY INC. LONG TERM DISABILITY PLAN

*Filer's Attestation:  Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Glenn R. Kantor hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

## [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

DATED: January 9, 2017                    _____
                                          JON S. TIGAR
                                          United States District Court Judge